# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELL, JR., | Case No. 1:13-cv-02013-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING FRIVOLOUS FILING |
| v. | (Doc. 9) |
| AVENAL STATE PRISON, et al., | |
| Defendants. | |

Plaintiff Willie Bell, Jr., a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 9, 2013. Plaintiff has "three strikes" under 28 U.S.C. 1915(g), and on December 13, 2013, this case was dismissed, without prejudice to re-filing accompanied by the $400.00 filing fee. *Silva v. Di Vittorio*, 658 F.3d 1090, 1095 n.1 (9th Cir. 2011).

On March 3, 2014, Plaintiff filed a document entitled "Proposed Order for the Court Clerks [sic] Acceptance of Bond & Promise to Pay Courts Filing Fees, Et. [sic] Al [sic] Under Public Policy HJR-192." The filing, which purports to be "of value" and which Plaintiff seeks to have accepted as payment or promise of payment, is frivolous in that it lacks any basis in fact or in law. *See Neitzke v. Williams*, 490 U.S. 319, 325, 109 S.Ct. 1827 (1989).

///

///

///

1  Accordingly, Plaintiff's filing HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 5, 2014**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE